# United States Court of Appeals for the Fifth Circuit

_____

No. 24-60658

_____

United States Court of Appeals
Fifth Circuit

**FILED**

October 15, 2025

Lyle W. Cayce
Clerk

Nexstar Media, Incorporated, (Denver Hub),

*Petitioner/Cross-Respondent*,

*versus*

National Labor Relations Board,

*Respondent/Cross-Petitioner*.

_____

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 27-CA-342707

_____

Before Dennis, Graves, and Duncan, *Circuit Judges*.

Per Curiam:[*]

ENFORCED. *See* 5th Cir. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.